**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANGELA SHELMAN,

              Plaintiff,

v.

WELLS FARGO, *et al.*,

              Defendants.

Case No. 26-cv-10048

Hon. Matthew F. Leitman

Magistrate Judge Anthony P. Patti

**STIPULATED ORDER DISMISSING WITHOUT PREJUDICE**
**DEFENDANT WELLS FARGO BANK**

Upon the parties' stipulation as set forth below, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the Defendant, Wells Fargo Bank, is hereby dismissed without prejudice and each party shall bear its own attorneys' fees, costs, and expenses.

IT IS SO STIPULATED this 16th day of March, 2026.

| | |
|---|---|
| */s/ Alexandria J. Taylor (w/consent)* | */s/ Victor Metroff* |
| TAYLOR LAW FIRM PLLC | VICTOR METROFF |
| ALEXANDRIA J. TAYLOR (P75271) | TROUTMAN PEPPER LOCKE LLP |
| 19 Clifford St. | 111 South Wacker Drive, Suite 4100 |
| Detroit, MI 48226 | Chicago, IL 60606 |
| (313) 960-4339 | (312) 443-0257 |
| (313) 422-0934 (Fax) | victor.metroff@troutman.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Wells Fargo Bank* |

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 17, 2026